# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| JOHN BARTH, | ) |
|       PLAINTIFF | ) |
| v. | )  CIVIL NO. 2:21-CV-27-DBH |
| TOWN OF WATERBORO, ET AL., | ) |
|       DEFENDANTS | ) |

## ORDER ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR JUDGMENT IN DEFAULT

The defendants' motion to dismiss for insufficient service of process is **GRANTED** without prejudice. The plaintiff has wholly failed to comply with Fed. R. Civ. P. 4 for service and proof of service.

The plaintiff's motion for judgment in default is **DENIED** because the defendants have not been served properly.

**SO ORDERED.**

**DATED THIS 11TH DAY OF MAY, 2021**

                                              /S/D. BROCK HORNBY
                                              **D. BROCK HORNBY**
                                              **UNITED STATES DISTRICT JUDGE**